UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY S. NEEMAN,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>BANK OF NEW YORK MELLON, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-02674-APG-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 4) entered November 21, 2016, regarding removal of this case to federal district court. On November 22, 2016, Defendant Bank of New York Mellon filed a signed Statement (ECF No. 7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than January 13, 2017,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 30th day of December, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE