1 | ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
2 | GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
3 | Las Vegas, Nevada 89169
Telephone: (702) 792-3773
4 | Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
5 |
6 | *Attorneys for Defendant*
*GreenPoint Mortgage Funding, Inc.*
7 |
8 |                    **UNITED STATES DISTRICT COURT**
9 |                         **DISTRICT OF NEVADA**
10 | JEFFREY S. NEEMAN, an Individual,                  |  CASE NO.:  2:16-cv-02674-APG-PAL
11 |            Plaintiff,
12 |
13 | vs.                                               |  **STIPULATION AND**
                                                       |  **ORDER TO EXTEND DEADLINE FOR**
14 | THE BANK OF NEW YORK MELLON F/K/A                  |  **GREENPOINT MORTGAGE FUNDING,**
THE BANK OF NEW YORK AS SUCCESSOR                       |  **INC. TO REPLY TO PLAINTIFF'S**
15 | TRUSTEE TO JP MORGAN CHASE BANK                    |  **OPPOSITION TO MOTION TO**
NATIONAL ASSOCIATION; AS TRUSTEE FOR                    |  **DISMISS FIRST AMENDED**
16 | THE BEAR STEARNS ALA-A TRUST,                      |  **COMPLAINT**
MORTGAGE PASS THROUGH CERTIFICATES,
17 | SERIES 2005-8 AKA THE BANK OF NEW YORK
MELLON AS SUCCESSOR IN INTEREST TO JP
18 | MORGAN CHASE BANK, N.A., AS TRUSTEE
FOR THE CERTIFICATE HOLDERS
19 | STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC., BEAR STEARNS ALTA
20 | TRUST MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2005-8; GREENPOINT
21 | MORTGAGE FUNDING, INC.; OCWEN LOAN
SERVICING, LLC; WESTERN PROGRESSIVE
22 | NEVADA, INC., A Nevada Corporation; DOE
DEFENDANTS 1 through 10; and ROE ENTITIES
23 | 1 through 10,
24 |
25 |            Defendants.
26 |
27 |
28 |
                                        1

TCO 362340684v1

1    COME NOW Defendant GREENPOINT MORTGAGE FUNDING, INC. ("GreenPoint") and

2  Plaintiff JEFFREY S. NEEMAN ("Plaintiff"), by and through their respective counsel of record in the

3  above-captioned matter, and hereby stipulate and agree pursuant to LR 7-1 as follows:

4    IT IS HEREBY STIULATED THAT:

5    1.    GreenPoint's counsel has requested additional time to submit a reply to Plaintiff's

6  Opposition to Motion to Dismiss First Amended Complaint [Doc. # 26] in order to potentially resolve

7  the Plaintiff's claims against GreenPoint;

8    2.    The deadline for GreenPoint to respond to the Plaintiff's Opposition to Motion to

9  Dismiss First Amended Complaint is hereby extended to January 31, 2017.

10  Dated: January 17, 2017                    Dated: January 17, 2017

11  **GREENBERG TRAURIG, LLP**                **CHATTAH LAW GROUP**

12

13  By:___/s/ Eric W. Swanis___              By: /s/ Sigal Chattah_____
        ERIC W. SWANIS, ESQ.                      Sigal Chattah, Esq.
        Nevada Bar No. 6840                       5875 South Rainbow Blvd.
14      3773 Howard Hughes Parkway                Suite 203
        Suite 400 North                           Las Vegas, Nevada 89118
15      Las Vegas, Nevada  89169                  *Counsel for Plaintiff Jeffrey S. Neeman*
        Telephone:(702) 792-3773
16      Facsimile: (702) 792-9002
        Emails:    swanise@gtlaw.com
17      *Attorneys for Defendant GreenPoint*
        *Mortgage Funding, Inc.*
18

19                                          **ORDER**

20    IT IS SO ORDERED.

21

22                                          _____
                                            US DISTRICT COURT JUDGE
23
                                            DATED: __January 17, 2017_____
24

25

26

27

28

2

TCO 362340684v1