ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Attorneys for Defendant*
*GreenPoint Mortgage Funding, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. NEEMAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JP MORGAN CHASE BANK NATIONAL ASSOCIATION; AS TRUSTEE FOR THE BEAR STEARNS ALA-A TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-8 AKA THE BANK OF NEW YORK MELLON AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALTA TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-8; GREENPOINT MORTGAGE FUNDING, INC.; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE NEVADA, INC., A Nevada Corporation; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | CASE NO.: 2:16-cv-02674-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR GREENPOINT MORTGAGE FUNDING, INC. TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

1

TCO 362366078v1

COME NOW Defendant GREENPOINT MORTGAGE FUNDING, INC. ("GreenPoint") and Plaintiff JEFFREY S. NEEMAN ("Plaintiff"), by and through their respective counsel of record in the above-captioned matter and hereby stipulate and agree pursuant to LR 7-1 as follows:

IT IS HEREBY STIULATED THAT:

1. GreenPoint's counsel has requested additional time to submit a reply to Plaintiff's Opposition to Motion to Dismiss First Amended Complaint [Doc. # 26] in order to allow the parties to resolve the Plaintiff's claims against GreenPoint, i.e., the parties anticipate submitting a stipulation to dismiss GreenPoint without prejudice;

2. The deadline for GreenPoint to respond to the Plaintiff's Opposition to Motion to Dismiss First Amended Complaint is hereby extended to February 14, 2017.

Dated: January 31, 2017

**GREENBERG TRAURIG, LLP**

By: /s/ Eric W. Swanis
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:(702) 792-3773
Facsimile: (702) 792-9002
Emails: swanise@gtlaw.com
*Attorneys for Defendant GreenPoint Mortgage Funding, Inc.*

Dated: January 31, 2017

**CHATTAH LAW GROUP**

By: /s/ Sigal Chattah
Sigal Chattah, Esq.
5875 South Rainbow Blvd.
Suite 203
Las Vegas, Nevada 89118
*Counsel for Plaintiff Jeffrey S. Neeman*

**ORDER**

IT IS SO ORDERED.

_____
US DISTRICT COURT JUDGE

Dated: January 31, 2017.

2

TCO 362366078v1