ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Attorneys for Defendant
GreenPoint Mortgage Funding, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. NEEMAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JP MORGAN CHASE BANK NATIONAL ASSOCIATION; AS TRUSTEE FOR THE BEAR STEARNS ALA-A TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-8 AKA THE BANK OF NEW YORK MELLON AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALTA TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-8; GREENPOINT MORTGAGE FUNDING, INC.; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE NEVADA, INC., A Nevada Corporation; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | CASE NO.:  2:16-cv-02674-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS GREENPOINT MORTGAGE FUNDING, INC. WITHOUT PREJUDICE** |

1

TCO 362365699v2

COME NOW Defendant GREENPOINT MORTGAGE FUNDING, INC. ("GreenPoint") and Plaintiff JEFFREY S. NEEMAN ("Plaintiff"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree as follows:

WHEREAS, GreenPoint no longer has an interest in the subject property or deed of trust at issue in this case, having transferred that interest in September 2009.

IT IS HEREBY STIPULATED AND AGREED that GreenPoint is hereby dismissed, without prejudice from, Jeffrey S. Neeman's complaint on file herein. Each party shall bear its own fees and costs.

Dated: February 14, 2017

**GREENBERG TRAURIG, LLP**

By: /s/ Eric W. Swanis
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Emails:    swanise@gtlaw.com
*Attorneys for Defendant GreenPoint Mortgage Funding, Inc.*

Dated: February 14, 2017

**CHATTAH LAW GROUP**

By: /s/ Sigal Chattah
Sigal Chattah, Esq.
5875 South Rainbow Blvd.
Suite 203
Las Vegas, Nevada 89118
*Counsel for Plaintiff Jeffrey S. Neeman*

**ORDER**

IT IS SO ORDERED.

_____
US DISTRICT COURT JUDGE

DATED: February 15, 2017

TCO 362365699v2

2